UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
Transient Path, CLC.,               :
                                    :        23 Civ. 5628 (LAP)
              Plaintiff,            :
                                    :
         -against-                  :        ORDER OF CONFERENCE
                                    :
Stones South Bay Corp., et al.,     :
                                    :
              Defendants.           :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:


          It is hereby

          ORDERED that counsel are directed to appear via

telephone on September 18, 2024 at 11:30 for an Initial

Pretrial conference in the above action.  The dial-in for the

conference is (877) 402-9753, access code 6545179.


SO ORDERED.

_____
LORETTA A. PRESKA, Senior U.S.D.J.

Dated: September 4, 2024

     New York, New York