| | **Duane Morris**® | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | MARIO AIETA | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 212 404 8755 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 212 818 9606 | PITTSBURGH |
| LOS ANGELES | E-MAIL  MAieta@duanemorris.com | NEWARK |
| BOSTON | | LAS VEGAS |
| HOUSTON | www.duanemorris.com | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

October 4, 2024

> The deadline to submit a joint protocol is extended until October 11, 2024.  SO ORDERED.
>
> *Loretta A. Preska*
> LORETTA A. PRESKA, U.S.D.J.

**BY ECF**   10/04/24

The Honorable Loretta A. Preska, U.S.D.J.
United States District Court, SDNY
500 Pearl Street, Room 2220
New York, New York  10007

    Re:    Transient Path, LLC v. Stones South Bay Corp., et al.,<u>1:23 Civ. 05628</u>

Your Honor:

    This firm represents the Defendants in the above-captioned action.  We write on behalf of counsel for both parties to request an extension of time to submit to Your Honor the joint protocol for the comparison of the software at issue, from October 4, 2024, to October 11, 2024.

    Mr. Zeidman has agreed to act as the Neutral and we have scheduled an initial conference with him on October 9, 2024 (he was not available this week).  Given Mr. Zeidman's extensive experience with source code review as an appointed and/or admitted expert, his insight and recommendations on how to tailor the joint protocol to the case presented would be beneficial to the parties and the Court.  We respectfully request the joint protocol submission should be extended to October 11, to allow the parties sufficient time to discuss their alternative proposals between counsel and with Mr. Zeidman

                                                        Respectfully,

                                                        Mario Aieta

cc:  Counsel of Record by ECF

DUANE MORRIS LLP
230 PARK AVENUE, SUITE 1130   NEW YORK, NY 10169-0079        PHONE: +1 212 818 9200   FAX: +1 212 818 9606