

| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | | MIAMI |
| SILICON VALLEY | MARIO AIETA | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 212 404 8755 | PITTSBURGH |
| LOS ANGELES | PERSONAL FAX: +1 212 818 9606 | NEWARK |
| BOSTON | E-MAIL  MAieta@duanemorris.com | LAS VEGAS |
| HOUSTON | | CHERRY HILL |
| DALLAS | www.duanemorris.com | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

October 11, 2024

**BY ECF**

The Honorable Loretta A. Preska, U.S.D.J.
United States District Court, SDNY
500 Pearl Street, Room 2220
New York, New York  10007

      Re:    Transient Path, LLC v. Stones South Bay Corp., et al., <u>1:23 Civ. 05628</u>

Your Honor:

      This firm represents the Defendants in the above-captioned action.  We write on behalf of counsel for both parties to provide an update to Your Honor on the joint protocol for the comparison of the software at issue, and to request an extension of time to submit that joint protocol, from October 11, 2024 to October 18, 2024.

      Mr. Zeidman has agreed in principle to act as the Neutral.  Counsel for Plaintiff and Defendants participated in an initial videoconference with Mr. Zeidman on October 9, 2024, which was his earliest availability.  Mr. Zeidman has expressed an interest in actively participating in tailoring the joint protocol to the case presented so that it provides him with the parameters he needs to use the software that he has developed to assist in the comparison.  Mr. Zeidman has provided the parties with a basic engagement letter and has asked us to revise it to fit the current proposed engagement.  We are in the process of doing so.  Therefore, we respectfully request that the joint protocol submission be extended to October 18, to allow the parties sufficient time to engage Mr. Zeidman and to

DuaneMorris

The Honorable Loretta A. Preska, U.S.D.J.
October 11, 2024
Page 2

obtain his input on the proposed protocol.

Respectfully,

*Mario Aieta*

Mario Aieta

cc: Counsel of Record by ECF

```
To avoid the need for further extensions of time, the parties'
deadline is extended to October 25, 2024.  Accordingly, the
parties shall submit the joint protocol no later than October 25,
2024.

SO ORDERED.

Date:   10/11/24
                            _____
                            LORETTA A. PRESKA, U.S.D.J.
```