```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| TRANSIENT PATH, LLC,<br><br>                    Plaintiff,<br><br> -against-<br><br> STONES SOUTH BAY CORP., et al.,<br><br>                    Defendants. | No. 23 CV 5628 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's letter-motion seeking to forego the neutral expert review and to file a motion for summary judgment on the mobile application allegations. (See dkt. no. 43.)  Defendants oppose. (Dkt. no. 44.)

    Counsel are directed to appear via telephone on November 6, 2024 at 12:30 p.m. for a teleconference on the above issue. The dial-in for the teleconference is (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:   October 29, 2024
         New York, New York

                                              _____
                                              LORETTA A. PRESKA
                                              Senior United States District Judge