```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

TRANSIENT PATH, LLC,

                Plaintiff,

-against-

STONES SOUTH BAY CORP.,

                Defendants.

No. 23 CV 5628 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    As directed during today's telephone conference, the parties shall inform the Court no later than November 13, 2024 whether they would like a referral to mediation. Otherwise, the parties shall exchange initial disclosures and inform the Court, via letter, how they propose to proceed by no later than December 12, 2024.

**SO ORDERED.**

Dated:    November 6, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge